IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

DAVID VAUN NEWELL,

    Plaintiff,

v.                                                      CASE NO. 5:13-cv-00173-MP-GRJ

MICHAEL C. OVERSTREET,

    Defendant.

_____/

**O R D E R**

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated October 25, 2013. (Doc. 4). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). The plaintiff has not objected to the Report Recommendation, and the time for doing so has passed.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1.     The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2.     This case is DISMISSED without prejudice pursuant to the *Younger v. Harris* abstention doctrine. 401 U.S. 37 (1971).

**DONE AND ORDERED** this  *26th* day of November, 2013

                              *s/Maurice M. Paul*
                              Maurice M. Paul, Senior District Judge